## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Roy R. Walton, Jr. | : | Chapter 13 |
| | Movant/Debtor | : | Bankruptcy No. 18-11554-REF |
| | | : | |
| | v. | : | |
| | | : | |
| | Annette C. Walton | : | |
| | Respondent | : | |

### ORDER

AND NOW, upon consideration of the Debtor's/Movant's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(l), dated October 16, 2018, it is hereby:

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The Movant/Debtor and Respondent are permitted to continue with their Divorce Action filed in the Berks County Court of Common Pleas to Case Number 15-04184.

3. That prior to any equitable distribution of property of the Bankruptcy Estate shall be subject to proper Trustee and Court approval.

**Date: November 13, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge