United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11554-amc
Roy R. Walton, Jr.                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: ChrissyW           Page 1 of 1              Date Rcvd: Mar 13, 2020
                             Form ID: 167             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db           +Roy R. Walton, Jr.,    3345 Montrose Ave.,    Reading, PA 19605-2213
14069510     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14069511     +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14069513    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
14107214     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14069515     +Congress Collection,    28552 Orchard Lake Rd St,    Farmington Hills, MI 48334-2954
14182794     +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14069517     +Miller Law Group,    25 Stevens Ave,    Reading, PA 19609-1425
14069518     +Petro Oil,    4025 Pottsville Pike,    Reading, PA 19605-1201
14069520     +Terry D. Weiler, Esq.,    1136 Penn Ave,    Reading, PA 19610-2034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14105951      E-mail/Text: camanagement@mtb.com Mar 14 2020 03:43:33      Lakeview Loan Servicing, LLC,
               c/o M&T Bank,   P.O. Box 1288,    Buffalo, NY 14240-1288
14069516      E-mail/Text: camanagement@mtb.com Mar 14 2020 03:43:33      M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
14069519     +E-mail/Text: bankruptcy@sw-credit.com Mar 14 2020 03:44:03      Southwest Credit Syste,
               4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14069509       Anette Walton
14069512*     +Arcadia,   645 Penn St,    Reading, PA 19601-3543
14069514*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:   Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
14281870*     +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Roy R. Walton, Jr. tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Roy R. Walton, Jr.
    Debtor(s)

Case No: 18−11554−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default

on: 4/2/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/13/20

Timothy B. McGrath
Clerk of Court

56 – 55
Form 167