**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Roy R. Walton, Jr.,                     :          Chapter 13
                              Debtor              :          Bankruptcy No. 18-11554-pmm

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-

Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is

hereby ORDERED and DECREED that the Fourth Amended Chapter 13 Plan is

CONFIRMED.

BY THE COURT:

*Patricia M. Mayer*

_____

Dated:  May 7, 2020

Patricia M. Mayer
United States Bankruptcy Judge