# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Roy R. Walton, Jr., | : | Chapter 13 |
| Debtor | : | Bky. No. 18-11554 PMM |

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 63) filed by the Debtor's counsel, Brenna Hope Mendelsohn ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,500.00 for services performed from March 12, 2020 through April 12, 2020.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** July 1, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant has received a prior fee award in the amount of $4,500.00. See Application at 1.