United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-11554-pmm
Roy R. Walton, Jr.                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: ChrissyW         Page 1 of 1          Date Rcvd: Jul 01, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db             +Roy R. Walton, Jr.,    3345 Montrose Ave.,    Reading, PA 19605-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
    BRENNA HOPE MENDELSOHN    on behalf of Debtor Roy R. Walton, Jr. tobykmendelsohn@comcast.net
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
    ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                  TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Roy R. Walton, Jr.,** | : | **Chapter 13** |
| **Debtor** | : | **Bky. No. 18-11554 PMM** |

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 63) filed by the Debtor's counsel, Brenna Hope Mendelsohn ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,500.00 for services performed from March 12, 2020 through April 12, 2020.[1]

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** July 1, 2020

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant has received a prior fee award in the amount of $4,500.00. See Application at 1.