| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-11554-PMM**

ROY R WALTON JR
3345 MONTROSE AVE
READING  PA    19605

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/01/2018
Confirmation Date: 08/16/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2019 | $250.00 | 6814112577 | 05/09/2019 | $250.00 | 6814112774 | 06/10/2019 | $200.00 | 6814112922 |
| 07/10/2019 | $200.00 | 6814113085 | 08/13/2019 | $200.00 | 6796404266 | 09/10/2019 | $200.00 | 6814113370 |
| 10/16/2019 | $200.00 | 6814113515 | 11/06/2019 | $200.00 | 6814113608 | 12/05/2019 | $200.00 | 6814113685 |
| 02/18/2020 | $200.00 | 6796404531 | 02/18/2020 | $200.00 | 6796404532 | 03/10/2020 | $200.00 | 6814114164 |
| 04/08/2020 | $200.00 | 6796404601 | 05/05/2020 | $150.00 | 77718671602 | 05/12/2020 | $150.00 | 6796404644 |
| 06/12/2020 | $200.00 | 6796404688 | 07/14/2020 | $200.00 | 6796404743 | 08/11/2020 | $200.00 | 6814114681 |

**Total Receipts for the Period: $3,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,076.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $1,211.33 | $0.00 | $1,211.33 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $833.84 | $0.00 | $833.84 |
| 1 | M&T BANK<br>»» 001 | Mortgage Arrears | $11,550.73 | $0.00 | $11,550.73 |
| 1 | M&T BANK<br>»» 01P | Mortgage Arrears | $4,859.61 | $0.00 | $4,859.61 |
| 4 | MENDELSOHN & MENDELSOHN PC<br>»» 004 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $1,500.00 | $1,473.42 | $26.58 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 4 | M&T BANK<br>»» 01P | Secured Creditors | $3,815.86 | $0.00 | $3,815.86 |

**Chapter 13 Case No. 18-11554-PMM**

|  | SUMMARY |  |  |
|---|---|---|---|
| | | | |

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,076.33 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $5,348.42 | Arrearages: | ($100.00) |
| Paid to Trustee: | $547.91 | Total Plan Base: | $30,046.53 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.