United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11554-pmm |
| Roy R. Walton, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2021 | Form ID: 167 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roy R. Walton, Jr., 3345 Montrose Ave., Reading, PA 19605-2213 |
| 14069510 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 14069511 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14069513 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14107214 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14069515 | + | Congress Collection, 28552 Orchard Lake Rd St, Farmington Hills, MI 48334-2954 |
| 14182794 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14069517 | + | Miller Law Group, 25 Stevens Ave, Reading, PA 19609-1425 |
| 14069518 | + | Petro Oil, 4025 Pottsville Pike, Reading, PA 19605-1201 |
| 14069520 | + | Terry D. Weiler, Esq., 1136 Penn Ave, Reading, PA 19610-2034 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14105951 | | Email/Text: camanagement@mtb.com | Feb 10 2021 03:07:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14069516 | | Email/Text: camanagement@mtb.com | Feb 10 2021 03:07:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14069519 | + | Email/Text: bankruptcy@sw-credit.com | Feb 10 2021 03:07:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14069509 | | Anette Walton |
| 14069512 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14069514 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14281870 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14493318 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14578553 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Feb 09, 2021 Form ID: 167 Total Noticed: 13

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

**Name**            **Email Address**

BRENNA HOPE MENDELSOHN
 on behalf of Debtor Roy R. Walton Jr. tobykmendelsohn@comcast.net

FREDERICK L. REIGLE
 on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

KEVIN G. MCDONALD
 on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
 on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
 on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
 on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Roy R. Walton, Jr.
    Debtor(s)

Case No: 18−11554−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor Lakeview Loan Servicing LLC.

on: 2/25/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 2/9/21

Timothy B. McGrath
Clerk of Court

84 − 83
Form 167