UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Roy R. Walton, Jr., | : | Chapter 13 |
|          Debtor | : | Bankruptcy No. 18-11554-pmm |

### ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Fifth Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

*Patricia M. Mayer* (signature)
_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: February 18, 2021**