United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11554-pmm |
| Roy R. Walton, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Roy R. Walton, Jr., 3345 Montrose Ave., Reading, PA 19605-2213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Roy R. Walton Jr. tobykmendelsohn@comcast.net |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Roy R. Walton, Jr.,              :        Chapter 13
        Debtor                          :        Bankruptcy No. 18-11554-pmm

## ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Fifth Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: February 18, 2021**