**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Roy R. Walton Jr. <br> _Debtor(s)_ <br><br> LAKEVIEW LOAN SERVICING LLC <br> _Movant_ <br> vs. <br><br> Roy R. Walton Jr. <br> _Debtor(s)_ <br><br> Annette C. Walton <br> _Co-Debtor_ <br><br> and Scott Waterman <br> _Trustee_ | Chapter 13 <br><br> NO. 18-11554 PMM |

**ORDER**

AND NOW, this 25th day of March, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on _April 10, 2020_ it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow LAKEVIEW LOAN SERVICING LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3345 Montrose Avenue Reading, PA 19605.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
United States Bankruptcy Judge.

cc: See attached service list

Roy R. Walton Jr.
3345 Montrose Avenue
Reading, PA 19605

Annette C. Walton
3345 Montrose Avenue
Reading, PA 19605

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn Esq.
Mendelsohn & Mendelsohn, PC
 637 Walnut Street (VIA ECF)
Reading, PA 19601

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532