United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11554-pmm |
| Roy R. Walton, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roy R. Walton, Jr., 3345 Montrose Ave., Reading, PA 19605-2213 |
| | + | Annette C. Walton, 3345 Montrose Avenue, Reading, PA 19605-2213 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Roy R. Walton  Jr. tobykmendelsohn@comcast.net |
| FREDERICK L. REIGLE | |
| | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com   ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 25, 2021     Form ID: pdf900     Total Noticed: 2

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Roy R. Walton Jr.<br>_Debtor(s)_<br><br>LAKEVIEW LOAN SERVICING LLC<br>_Movant_<br>vs.<br>Roy R. Walton Jr.<br>_Debtor(s)_<br><br>Annette C. Walton<br>_Co-Debtor_<br><br>and Scott Waterman<br>_Trustee_ | Chapter 13<br><br>NO. 18-11554 PMM |

**ORDER**

AND NOW, this 25th day of March, 2021 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 10, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow LAKEVIEW LOAN SERVICING LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3345 Montrose Avenue Reading, PA 19605.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_Patricia M. Mayer_
United States Bankruptcy Judge.

cc: See attached service list

Roy R. Walton Jr.
3345 Montrose Avenue
Reading, PA 19605

Annette C. Walton
3345 Montrose Avenue
Reading, PA 19605

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn Esq.
Mendelsohn & Mendelsohn, PC
 637 Walnut Street (VIA ECF)
Reading, PA 19601

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532