| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11554-PMM**

ROY R  WALTON JR
3345 MONTROSE AVE
READING  PA    19605

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/01/2018
Confirmation Date: 08/16/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2020 | $200.00 | 6796404531 | 02/18/2020 | $200.00 | 6796404532 | 03/10/2020 | $200.00 | 6814114164 |
| 04/08/2020 | $200.00 | 6796404601 | 05/05/2020 | $150.00 | 77718671602 | 05/12/2020 | $150.00 | 6796404644 |
| 06/12/2020 | $200.00 | 6796404688 | 07/14/2020 | $200.00 | 6796404743 | 08/11/2020 | $200.00 | 6814114681 |
| 09/09/2020 | $200.00 | 6814114765 | 10/14/2020 | $200.00 | 6814114912 | 11/16/2020 | $200.00 | 6814115029 |
| 12/16/2020 | $200.00 | 6814100059 | 02/17/2021 | $200.00 | 6814100262 | | | |

**Total Receipts for the Period:  $2,700.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,076.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | BANK OF AMERICA NA<br>»»  002 | Unsecured Creditors | $1,211.33 | $0.00 | $1,211.33 |
| 3 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $833.84 | $0.00 | $833.84 |
| 1 | M&T BANK<br>»»  001 | Mortgage Arrears | $11,550.73 | $0.00 | $11,550.73 |
| 1 | M&T BANK<br>»»  01P | Mortgage Arrears | $4,859.61 | $0.00 | $4,859.61 |
| 4 | MENDELSOHN & MENDELSOHN PC<br>»»  004 | Attorney Fees | $3,875.00 | $3,875.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  005 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,500.00 | $1,077.42 | $422.58 |
| 4 | M&T BANK<br>»»  01P | Mortgage Arrears | $3,815.86 | $0.00 | $3,815.86 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $800.00 | $0.00 | $800.00 |

**Chapter 13 Case No. 18-11554-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,076.33 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,452.42 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $623.91 | Total Plan Base: | $30,915.09 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.